IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (WATERLOO) DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH BROWN,<br><br>Defendant. | No. 20-CR-02042<br><br>**INDICTMENT**<br><br>Count 1<br>18 U.S.C. § 875(c):<br>Transmitting a Threatening<br>Communication in Interstate<br>Commerce |

The Grand Jury charges:

## Count 1
**Transmitting a Threatening Communication in Interstate Commerce**

On or about December 18, 2019, in the Northern District of Iowa, and elsewhere, defendant KENNETH BROWN did knowingly transmit in interstate commerce a communication, for the purpose of issuing a threat to injure another person, and with knowledge that the communication would be viewed by another person as a threat. Specifically, defendant called the Washington D.C. office of Congressman Jerrold Nadler and spoke to a staff assistant working in Congressman Nadler's office. Defendant told the staff assistant "I will find someone to assassinate that piece of shit you work for. Jerry Nadler is going to be assassinated."

1

This was in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

s/ Foreperson

_____  8-19-2020
Foreperson                              Date

PETER E. DEEGAN, JR.
United States Attorney

By: _____

ANTHONY MORFITT
Assistant United States Attorney

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY
And filed 8/19/2020
ROBERT L. PHELPS, CLERK